# Court of Appeals
# of the State of Georgia

ATLANTA,     June 11, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0372.  BRUCE W. HUEY v. THE STATE OF GEORGIA.**

Bruce Wayne Huey was convicted of aggravated child molestation and other crimes, and we affirmed his convictions on appeal in an unpublished opinion. *Huey v. State*, Case No. A12A1698, decided March 29, 2013. Huey later filed an extraordinary motion for new trial. The trial court denied that motion by order entered February 4, 2014. On May 12, 2014, Huey filed this application for discretionary appeal.[1]

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Huey filed his application 97 days after entry of the order he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Huey also filed a direct appeal, A14A1737, which was dismissed because a direct appeal is not the proper procedure for obtaining appellate review of the denial of an extraordinary motion for new trial.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/11/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*